IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CHARLES FRADY                                                        PLAINTIFF

VERSUS                                         CIVIL ACTION NO. 1:09cv336-RHW

HARRISON COUNTY, MS
MELVIN T. BRISOLARA
DONALD A. CABANA
MICHAEL DICKEY, Officer # 259                                       DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice for failure to state a claim.

SO ORDERED, this the 28th day of July, 2009.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE